IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

AMBER TEAHON and JEREMY TEAHON,

    Plaintiffs,

        v.

UBER TECHNOLOGIES (GA), INC.; UBER USA, LLC; RAISER, LLC; CHECKR, INC.; DEFENDANT A; DEFENDANT B; DEFENDANT C; DEFENDANT D; and SHAUNISHA D. BROWN,

    Defendants.

CV 120-126

# O R D E R

Before the Court is Plaintiffs' motion to remand for lack of subject matter jurisdiction. (Doc. 14.) Defendant Checkr, Inc. "concedes that the case must be remanded because complete diversity did not exist at the time of the removal." (Doc. 24.) No additional party has objected to the motion. Based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiffs' motion to remand (Doc. 14) is **GRANTED**. The Clerk is **DIRECTED** to **REMAND** this case to the State Court of Richmond County, Georgia. The Clerk is further **DIRECTED** to **TERMINATE** all remaining pending motions, if any, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of October, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA